**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 24-6729**

————————

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

ZIA ZAFAR,

        Defendant - Appellant.

————————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Anthony John Trenga, Senior District Judge.  (1:17-cr-00055-AJT-1)

————————

Submitted:  October 22, 2025                          Decided:  November 18, 2025

————————

Before AGEE and QUATTLEBAUM, Circuit Judges, and TRAXLER, Senior Circuit Judge.

————————

Affirmed by unpublished per curiam opinion.

————————

Zia Zafar, Appellant Pro Se.

————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Zia Zafar appeals the district court's order denying his motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A).  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *See United States v. Zafar,* No. 1:17-cr-00055-AJT-1 (E.D. Va. filed July 11, 2024 & entered July 12, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*